UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:     THE HONORABLE GARY S. KATZMANN, TIMOTHY M. REIF, AND JANE A. RESTANI, JUDGES

_____

|  |  |
|---|---|
| AGS COMPANY AUTOMOTIVIVE SOLUTIONS, et al.,      Plaintiff, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissions of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA <br><br>      Defendants. | Consol. Court No. 25-00255 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Catherine Yang, hereby enters an appearance as the principal attorney of record for defendants in this consolidated action, and requests that all papers in connection with this action be served at the address below.

DATE: November 24, 2025          Respectfully submitted,

                                                   BRETT A. SHUMATE
                                                   Assistant Attorney General

                                                   PATRICIA M. McCARTHY
                                                   Director

                                                   CLAUDIA BURKE
                                                   Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

<u>/s/ Catherine M. Yang</u>
CATHERINE M. YANG
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
202-514-4336
catherine.m.yang@usdoj.gov

*Attorneys for Defendants*

2