| | |
|---|---|
| AGS COMPANY AUTOMOTIVE SOLUTIONS, et al.<br><br>                    Plaintiffs,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br><br>                    Defendants. | Consol. Court. No. 25-00255 |

## PLAINTIFFS' STATUS REPORT REGARDING STIPULATION DISCUSSIONS

      Plaintiffs respectfully submit this Status Report pursuant to their representation in the Motion for Preliminary Injunction filed on November 20, 2025. ECF No. 10.[1]

      As noted in that filing, Plaintiffs and the U.S. Department of Justice ("DOJ") have been engaged in discussions concerning a proposed stipulation relating to the schedule and issues identified in Plaintiffs' preliminary-injunction motion. The parties have continued these discussions and have exchanged draft language; however, as of today's date, December 1, 2025, they have not yet reached agreement on the wording of a stipulation.

      The parties expect to continue working cooperatively toward a mutually acceptable stipulation and will provide a further status update to the Court on Monday, December 8, 2025.

                                                               Respectfully submitted,

                                                               /s/ Aaron Marx
                                                               Daniel Cannistra
                                                               John Brew
                                                               Daniel W. Wolff
                                                               Robert LaFrankie
                                                               Aaron Marx
                                                               Valerie Ellis
                                                               *Counsel for Consolidated Plaintiffs*

---

[1] Counsel for Defendants have reviewed this status report and consent to its filing.