**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE**
**THE HONORABLE GARY S. KATZMANN, JUDGE, TIMOTHY REIF, JUDGE, AND**
**JANE A. RESTANI, JUDGE**

| | |
|---|---|
| AGS COMPANY AUTOMOTIVE SOLUTIONS<br><br>        Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissions of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br><br>        Defendants. | Consol. Ct. No. 25-00255 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as counsel for Plaintiff AGS Company Automotive Solutions in this action, and requests that all papers be served on him.  The individual attorney in the undersigned firm designated as lead attorney responsible for the litigation is Aaron Marx.

                                      Respectfully submitted,

December 2, 2025

                                       */s/ Pierce Lee*
                                       Pierce Lee
                                       Crowell & Moring LLP
                                       1001 Pennsylvania Ave., NW
                                       Washington, DC 20004
                                       Tel: (202) 624-2500
                                       Email: PLee@crowell.com

                                     Counsel for Plaintiff