# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE
## GARY S. KATZMANN, JUDGE, TIMOTHY REIF, JUDGE, JANE A. RESTANI, JUDGE

| | |
|---|---|
| AGS Company Automotive Solutions et al<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br><br>Defendants. | No. 25-00255 |

**CONSENT MOTION TO CONSOLIDATE**

Pursuant to Rule 42(a) of the Rules of the U.S. Court of International Trade, plaintiffs in the actions listed below respectfully move to consolidate these related cases. The parties conferred through counsel and Defendants through counsel consented to this motion on December 5, 2025.[1]

**I.      Related Actions**

On November 20, 2025, this Court consolidated a number of related cases for which No. 25-cv-00255-3JP, *AGS Company Automotive Solutions v. U.S. CBP, et al* ("AGS docket"), was designated the master docket. *See* Order Granting Mot. Consol., November 20, 2025, ECF No. 9 ("Original Consolidation Order"). On December 3, 2025, this Court consolidated a second group

---

[1] The named Defendants in these cases are listed as U.S. Customs and Border Protection, Rodney Scott in his capacity as Commissioner of U.S. Customs and Border Protection, and the United States as the statutory defendant. We refer to them collectively as United States, and the U.S. Department of Justice as counsel for the United States, for purposes of this motion.

of cases. *See* Second Order Granting Mot. Consol., December 3, 2025, ECF No. 20 ("Second Consolidation Order"). The following actions arise from the same challenged tariff measures imposed pursuant to the International Emergency Economic Powers Act ("IEEPA") and present identical legal claims and (as explained below) requested interim relief:

| | |
|---|---|
| 1:25-cv-00326-3JP | Schick Manufacturing, Inc. et al v. U.S. CBP, et al |
| 1:25-cv-00329-3JP | Chapter Four Corp. v. U.S. CBP, et al |
| 1:25-cv-00331-3JP | Diamond Baseball Co., Inc. v. U.S. CBP, et al |
| 1:25-cv-00333-3JP | P L Thomas & Co., Inc. v. U.S. CBP, et al |
| 1:25-cv-00347-3JP | Ibis Cycles Inc. v. U.S. CBP, et al |
| 1:25-cv-00348-N/A | Wastequip Manufacturing Company LLC et al v. U.S. CBP, et al |
| 1:25-cv-00351-N/A | Downlite International Inc. et al v. U.S. CBP, et al |
| 1:25-cv-00387-N/A | ViewSonic Corp. v. U.S. CBP, et al |

## II.   Grounds for Consolidation

### A.   Common Legal and Factual Questions

Each action challenges the same tariff measures imposed under IEEPA and asserts the same statutory and constitutional defects addressed in *V.O.S. Selections v. Donald J. Trump et al*, 149 F.4th 1312 (Fed. Cir. 2025), *cert. granted*, No. 25-250, 2025 WL 2601020 (U.S. Sept. 9, 2025). The complaints are materially identical in allegations, theories, and ultimate requested relief.

### B.   Identical Interim Objective: Suspension of Liquidation Pending VOS

Each plaintiff intends to move for a preliminary injunction suspending liquidation of covered entries. All plaintiffs seek identical interim relief to preserve their refund rights and the Court's jurisdiction while the Supreme Court considers the *V.O.S. Selections* appeal. Without such relief, entries will likely liquidate by operation of law before that decision issues.

### C. Efficiency and Consistency

For the same reasons given in the motion leading to the Original Consolidation Order and the Second Consolidation Order, consolidation of the IEEPA Suspension Cases with the AGS docket will prevent duplicative preliminary injunction briefing, avoid inconsistent scheduling and rulings, and conserve the resources of the Court and all parties. Because the United States has consented, no prejudice exists.

### III. Relief Requested

All plaintiffs jointly and respectfully request that the Court:

1. Consolidate the IEEPA Suspension Cases with the AGS docket (No. 25-00255) under USCIT Rule 42(a);

2. Designate the AGS docket (No. 25-00255) as the consolidated case number for filings that apply to all consolidated cases; and

3. Grant any further relief the Court deems just and appropriate.

Dated: December 5, 2025

                                      Respectfully submitted,

                                      /s/ John Brew

Daniel Cannistra
John Brew
Daniel W. Wolff
Aaron Marx
Valerie Ellis
Robert LaFrankie
Oluwagbohunmi Simeon Yerokun

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 624-2720
jbrew@crowell.com

*Counsel for Plaintiff*

**[PROPOSED] ORDER OF CONSOLIDATION**
**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE**
**GARY S. KATZMANN, JUDGE, TIMOTHY REIF, JUDGE, JANE A. RESTANI, JUDGE**

| | |
|---|---|
| AGS Company Automotive Solutions et al<br><br>                    Plaintiffs,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br><br>                    Defendants. | No. 25-00255 |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Consolidate filed by the parties in the actions listed therein, and all other pertinent papers, and upon consent of the United States, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the following actions are consolidated pursuant to USCIT Rule 42(a) with the cases that were consolidated by the Court's orders of November 20, 2025 (ECF No. 9) and December 3, 2025 (ECF No. 20):

| | |
|---|---|
| 1:25-cv-00326-3JP | Schick Manufacturing, Inc. et al v. U.S. CBP, et al |
| 1:25-cv-00329-3JP | Chapter Four Corp. v. U.S. CBP, et al |
| 1:25-cv-00331-3JP | Diamond Baseball Co., Inc. v. U.S. CBP, et al |
| 1:25-cv-00333-3JP | P L Thomas & Co., Inc. v. U.S. CBP, et al |
| 1:25-cv-00347-3JP | Ibis Cycles Inc. v. U.S. CBP, et al |
| 1:25-cv-00348-N/A | Wastequip Manufacturing Company LLC et al v. U.S. CBP, et al |
| 1:25-cv-00351-N/A | Downlite International Inc. et al v. U.S. CBP, et al |

2

1:25-cv-00387-N/A   ViewSonic Corp. v. U.S. CBP, et al

(Collectively, the "IEEPA Suspension Cases.")

and it is further

ORDERED that AGS Company Automotive Solutions shall be Lead Plaintiff and Consol. Court No. 25-00255 shall be the consolidated case number for filings that apply to all consolidated cases; and it is further

ORDERED that the consolidated actions shall proceed under such further orders as the Court may issue.

SO ORDERED.


Dated: _____

New York, NY


_____

[Judge Assigned]

Judge, U.S. Court of International Trade