IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE
GARY S. KATZMANN, JUDGE, TIMOTHY REIF, JUDGE, JANE A. RESTANI, JUDGE

| | |
|---|---|
| AGS COMPANY AUTOMOTIVE SOLUTIONS, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br><br>    Defendants. | Consol. Court. No. 25-00255 |

**PLAINTIFFS' SECOND STATUS REPORT
REGARDING STIPULATION DISCUSSIONS**

Plaintiffs respectfully submit this status update pursuant to the representation in their Motion for Preliminary Injunction (ECF No. 10) and in their December 1, 2025 Status Report (ECF No. 14), in which Plaintiffs informed the Court that the parties were engaged in discussions with the United States regarding a potential stipulation and that Plaintiffs would provide a further update today.

Since the filing of ECF No. 14, counsel for Plaintiffs and counsel for the United States have continued sustained, good-faith efforts to negotiate mutually acceptable stipulation language related to the preliminary-injunction proceedings. Despite these efforts, the parties have been unable to reach agreement on terms that would resolve the issues raised in Plaintiffs' Motion for Preliminary Injunction.

1

Plaintiffs remain available to continue conferring with counsel for the United States as appropriate and will promptly apprise the Court of any further developments.

Respectfully submitted,

Dated: December 8, 2025

/s/ Aaron Marx
Daniel Cannistra
John B. Brew
Daniel W. Wolff
Robert LaFrankie
Aaron Marx
Valerie Ellis
Oluwagbohunmi Simeon Yerokun

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 624-2751
amarx@crowell.com

*Counsel for Consolidated Plaintiffs*