IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:
**GARY S. KATZMANN, JUDGE, TIMOTHY REIF, JUDGE, JANE A. RESTANI, JUDGE**

| | |
|---|---|
| AGS Company Automotive Solutions et al., <br><br> Plaintiff, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA <br><br> Defendants. | No. 25-00255 |

**CONSENT MOTION TO CONSOLIDATE**

Pursuant to Rule 42(a) of the Rules of the U.S. Court of International Trade, plaintiffs in the actions listed below respectfully move to consolidate these related cases. The parties conferred through counsel and Defendants through counsel consented to this motion on December 18, 2025.[1]

**I.        Related Actions**

On November 20, 2025, this Court consolidated a number of related cases for which No. 25-cv-00255-3JP, *AGS Company Automotive Solutions v. U.S. CBP, et al* ("AGS docket"), was designated the master docket. *See* Order Granting Mot. Consol., November 20, 2025, ECF No. 9 ("Original Consolidation Order"). On December 3, 2025, this Court consolidated a second group

---

[1] The named Defendants in these cases are listed as U.S. Customs and Border Protection, Rodney Scott in his capacity as Commissioner of U.S. Customs and Border Protection, and the United States as the statutory defendant. We refer to them collectively as United States, and the U.S. Department of Justice as counsel for the United States, for purposes of this motion.

of cases. *See* Second Order Granting Mot. Consol., December 3, 2025, ECF No. 20 ("Second Consolidation Order"). On December 8, 2025, this Court consolidated a third group of cases. *See* Third Order Granting Mot. Consol., December 8, 2025, ECF No. 22 ("Third Consolidation Order"). The following actions arise from the same challenged tariff measures imposed pursuant to the International Emergency Economic Powers Act ("IEEPA") and present identical legal claims and (as explained below) requested interim relief:

| | |
|---|---|
| 1:25-cv-00437-N/A | Marathon Petroleum Company LP et al v. U.S. CBP et al. |
| 1:25-cv-00448-N/A | Lavazza North America, Inc. et al v. U.S. CBP et al. |
| 1:25-cv-00451-N/A | Jasco Products Company v. U.S. CBP et al. |
| 1:25-cv-00463-N/A | RJ Brands LLC v. U.S. CBP et al. |
| 1:25-cv-00473-N/A | Physician Laboratories Inc. v. U.S. CBP et al. |
| 1:25-cv-00479-N/A | Manscaped, Inc. v. U.S. CBP et al. |
| 1:25-cv-00498-N/A | The Goodyear Tire & Rubber Company v. U.S. CBP et al. |
| 1:25-cv-00499-N/A | Petra Industries, LLC et al v. U.S. CBP et al. |
| 1:25-cv-00501-N/A | Skell Inc. v. U.S. CBP et al. |
| 1:25-cv-00502-N/A | RBG Plastic, LLC v. U.S. CBP et al. |
| 1:25-cv-00503-N/A | Peter Cremer North America, L.P. v. U.S. CBP et al. |
| 1:25-cv-00505-N/A | The AMES Companies, Inc. v. U.S. CBP et al. |
| 1:25-cv-00520-N/A | Razor USA LLC v. U.S. CBP et al. |
| 1:25-cv-00525-N/A | Shaw Industries Group, Inc. v. U.S. CBP et al. |
| 1:25-cv-00526-N/A | Four Hands LLC v. U.S. CBP et al. |
| 1:25-cv-00529-N/A | NXT POWER, LLC v. U.S. CBP et al. |
| 1:25-cv-00530-N/A | Funtrition LLC v. U.S. CBP et al. |
| 1:25-cv-00540-N/A | Berje Incorporated et al v. U.S. CBP et al. |

| | |
|---|---|
| 1:25-cv-00559-N/A | NEWEGG, INC. et al v. U.S. CBP et al. |
| 1:25-cv-00563-N/A | OMNIACTIVE HEALTH TECHNOLOGIES v. U.S. CBP et al. |
| 1:25-cv-00569-N/A | GILPIN AND COMPANY, INC. v. U.S. CBP et al. |
| 1:25-cv-00579-N/A | Borgwarner Thermal Systems Inc. et al v. U.S. CBP et al. |
| 1:25-cv-00575-N/A | Krinos Foods LLC et al v. U.S. CBP et al. |
| 1:25-cv-00593-N/A | Family Dollar Services, LLC v. U.S. CBP et al. |
| 1:25-cv-00694-N/A | Corteva Agriscience LLC et al v. U.S. CBP et al. |
| 1:25-cv-00696-N/A | Bimbo Bakeries USA, Inc. et al v. U.S. CBP et al. |
| 1:25-cv-00704-N/A | Diversified Foodservice Supply, LLC v. U.S. CBP et al. |
| 1:25-cv-00710-N/A | Arjuna Natural LLC USA v. U.S. CBP et al. |
| 1:25-cv-00712-N/A | Grand Rapids Chair Company v. U.S. CBP et al. |
| 1:25-cv-00713-N/A | La Bonanza USA, LLC v. U.S. CBP et al. |
| 1:25-cv-00724-N/A | Gunvor USA LLC Inc. v. U.S. CBP et al. |
| 1:25-cv-00737-N/A | Walong Marketing, Inc. et al v. U.S. CBP et al. |
| 1:25-cv-00739-N/A | Humanscale Corporation v. U.S. CBP et al. |
| 1:25-cv-00740-N/A | Hhoya USA, Inc. et al v. U.S. CBP et al. |
| 1:25-cv-00779-N/A | Draeger, Inc. et al v. U.S. CBP et al. |
| 1:25-cv-00789-N/A | Enesco, LLC et al v. U.S. CBP et al. |
| 1:25-cv-00799-N/A | Body-Solid, Inc. v. United States et al |
| 1:25-cv-00820-N/A | Breville USA Inc. v. United States et al |
| 1:25-cv-00832-N/A | Extreme Networks, Inc. v. U.S. CBP et al. |
| 1:25-cv-00836-N/A | Sammic, Corp. v. U.S. CBP et al. |
| 1:25-cv-00842-N/A | TD Synnex Corporation et al v. U.S. CBP et al. |
| 1:25-cv-00848-N/A | SunMed Group Holdings, LLC DBA AirLife et al v. U.S. CBP et al. |
| 1:25-cv-00849-N/A | P&P Imports LLC v. U.S. CBP et al. |

| | |
|---|---|
| 1:25-cv-00852-N/A | Specialized Bicycle Components, Inc. v. U.S. CBP et al. |
| 1:25-cv-00854-N/A | Blu Dot Design & Manufacturing Inc. v. U.S. CBP et al. |
| 1:25-cv-00855-N/A | Columbia Brands USA, LLC et al v. U.S. CBP et al. |
| 1:25-cv-00856-N/A | Corapak Corporation v. U.S. CBP et al. |
| 1:25-cv-00857-N/A | Neste Renewable Products, Inc. v. U.S. CBP et al. |
| 1:25-cv-00859-N/A | SOS Beauty Inc v. U.S. CBP et al. |
| 1:25-cv-00867-N/A | Barnes & Noble Purchasing, Inc. v. U.S. CBP et al. |
| 1:25-cv-00879-N/A | Logitech Inc. v. U.S. CBP et al. |
| 1:25-cv-00881-N/A | Wilmar Oleo North America LLC et al v. U.S. CBP et al. |
| 1:25-cv-00885-N/A | Paragon Coffee Trading Company, L.P. v. U.S. CBP et al. |
| 1:25-cv-00896-N/A | Milliken & Company et al. v. U.S. CBP et al. |
| 1:25-cv-00900-N/A | Toyo Tire North America OE Sales LLC et al v. U.S. CBP et al. |

## II. Grounds for Consolidation

### A. Common Legal and Factual Questions

Each action challenges the same tariff measures imposed under IEEPA and asserts the same statutory and constitutional defects addressed in *V.O.S. Selections v. Donald J. Trump et al*, 149 F.4th 1312 (Fed. Cir. 2025), *cert. granted*, No. 25-250, 2025 WL 2601020 (U.S. Sept. 9, 2025).  The complaints are materially identical in allegations, theories, and ultimate requested relief.

### B. Efficiency and Consistency

For the same reasons given in the motion leading to the Original Consolidation Order, the Second Consolidation Order, and the Third Consolidation Order, consolidation of the IEEPA Suspension Cases with the AGS docket will avoid inconsistent scheduling and rulings and

conserve the resources of the Court and all parties. Because the United States has consented, no prejudice exists.[2]

### III.     Relief Requested

All plaintiffs jointly and respectfully request that the Court:

1. Consolidate the IEEPA Suspension Cases with the AGS docket (No. 25-00255) under USCIT Rule 42(a);

2. Designate the AGS docket (No. 25-00255) as the consolidated case number for filings that apply to all consolidated cases; and

3. Grant any further relief the Court deems just and appropriate.

---

[2] The moving plaintiffs acknowledge that the earlier consolidated plaintiffs had asserted that an additional basis for consolidation was to conserve the Court's resources in considering a motion for preliminary injunction to suspend liquidation (ECF No. 10). The moving plaintiffs further acknowledge that the Court denied that motion by order of December 15, 2026, slip op. 25-154 (ECF No. 29), on grounds that the Court has the power to order reliquidation and refunds where the government has unlawfully exacted duties, such that a suspension of liquidation is not necessary. With the understanding that the Court has the power to order reliquidation and refunds where the government has unlawfully exacted duties, the moving plaintiffs do not intend, as did the earlier consolidated plaintiffs, to move for that same preliminary relief. Judicial economy nonetheless continues to militate in favor of consolidation.

Dated: December 22, 2025

                                                        Respectfully submitted,

/s/ John Brew
_____

Daniel Cannistra
John Brew
Alexander H. Schaefer
Daniel W. Wolff
Aaron Marx
Valerie Ellis
Robert LaFrankie
Oluwagbohunmi Simeon Yerokun

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 624-2720
jbrew@crowell.com

*Counsel for Plaintiff*

**[PROPOSED] ORDER OF CONSOLIDATION**
**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:**
**GARY S. KATZMANN, JUDGE, TIMOTHY REIF, JUDGE, JANE A. RESTANI, JUDGE**

| | |
|---|---|
| AGS Company Automotive Solutions et al.,<br><br>                 Plaintiff,<br><br>  v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br><br>                 Defendants. | No. 25-00255 |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Consolidate filed by the parties in the actions listed therein, and all other pertinent papers, and upon consent of the United States, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the following actions are consolidated pursuant to USCIT Rule 42(a) with the cases that were consolidated by the Court's orders of November 20, 2025 (ECF No. 9), December 3, 2025 (ECF No. 20), and December 8, 2025 (ECF No. 22):

    1:25-cv-00437-N/A    Marathon Petroleum Company LP et al v. U.S. CBP et al.

    1:25-cv-00448-N/A    Lavazza North America, Inc. et al v. U.S. CBP et al.

    1:25-cv-00451-N/A    Jasco Products Company v. U.S. CBP et al.

    1:25-cv-00463-N/A    RJ Brands LLC v. U.S. CBP et al.

    1:25-cv-00473-N/A    Physician Laboratories Inc. v. U.S. CBP et al.

    1:25-cv-00479-N/A    Manscaped, Inc. v. U.S. CBP et al.

    1:25-cv-00498-N/A    The Goodyear Tire & Rubber Company v. U.S. CBP et al.

| | |
|---|---|
| 1:25-cv-00499-N/A | Petra Industries, LLC et al v. U.S. CBP et al. |
| 1:25-cv-00501-N/A | Skell Inc. v. U.S. CBP et al. |
| 1:25-cv-00502-N/A | RBG Plastic, LLC v. U.S. CBP et al. |
| 1:25-cv-00503-N/A | Peter Cremer North America, L.P. v. U.S. CBP et al. |
| 1:25-cv-00505-N/A | The AMES Companies, Inc. v. U.S. CBP et al. |
| 1:25-cv-00520-N/A | Razor USA LLC v. U.S. CBP et al. |
| 1:25-cv-00525-N/A | Shaw Industries Group, Inc. v. U.S. CBP et al. |
| 1:25-cv-00526-N/A | Four Hands LLC v. U.S. CBP et al. |
| 1:25-cv-00529-N/A | NXT POWER, LLC v. U.S. CBP et al. |
| 1:25-cv-00530-N/A | Funtrition LLC v. U.S. CBP et al. |
| 1:25-cv-00540-N/A | Berje Incorporated et al v. U.S. CBP et al. |
| 1:25-cv-00559-N/A | NEWEGG, INC. et al v. U.S. CBP et al. |
| 1:25-cv-00563-N/A | OMNIACTIVE HEALTH TECHNOLOGIES v. U.S. CBP et al. |
| 1:25-cv-00569-N/A | GILPIN AND COMPANY, INC. v. U.S. CBP et al. |
| 1:25-cv-00579-N/A | Borgwarner Thermal Systems Inc. et al v. U.S. CBP et al. |
| 1:25-cv-00575-N/A | Krinos Foods LLC et al v. U.S. CBP et al. |
| 1:25-cv-00593-N/A | Family Dollar Services, LLC v. U.S. CBP et al. |
| 1:25-cv-00694-N/A | Corteva Agriscience LLC et al v. U.S. CBP et al. |
| 1:25-cv-00696-N/A | Bimbo Bakeries USA, Inc. et al v. U.S. CBP et al. |
| 1:25-cv-00704-N/A | Diversified Foodservice Supply, LLC v. U.S. CBP et al. |
| 1:25-cv-00710-N/A | Arjuna Natural LLC USA v. U.S. CBP et al. |
| 1:25-cv-00712-N/A | Grand Rapids Chair Company v. U.S. CBP et al. |
| 1:25-cv-00713-N/A | La Bonanza USA, LLC v. U.S. CBP et al. |
| 1:25-cv-00724-N/A | Gunvor USA LLC Inc. v. U.S. CBP et al. |
| 1:25-cv-00737-N/A | Walong Marketing, Inc. et al v. U.S. CBP et al. |

| | |
|---|---|
| 1:25-cv-00739-N/A | Humanscale Corporation v. U.S. CBP et al. |
| 1:25-cv-00740-N/A | Hhoya USA, Inc. et al v. U.S. CBP et al. |
| 1:25-cv-00779-N/A | Draeger, Inc. et al v. U.S. CBP et al. |
| 1:25-cv-00789-N/A | Enesco, LLC et al v. U.S. CBP et al. |
| 1:25-cv-00799-N/A | Body-Solid, Inc. v. United States et al |
| 1:25-cv-00820-N/A | Breville USA Inc. v. United States et al |
| 1:25-cv-00832-N/A | Extreme Networks, Inc. v. U.S. CBP et al. |
| 1:25-cv-00836-N/A | Sammic, Corp. v. U.S. CBP et al. |
| 1:25-cv-00842-N/A | TD Synnex Corporation et al v. U.S. CBP et al. |
| 1:25-cv-00848-N/A | SunMed Group Holdings, LLC DBA AirLife et al v. U.S. CBP et al. |
| 1:25-cv-00849-N/A | P&P Imports LLC v. U.S. CBP et al. |
| 1:25-cv-00852-N/A | Specialized Bicycle Components, Inc. v. U.S. CBP et al. |
| 1:25-cv-00854-N/A | Blu Dot Design & Manufacturing Inc. v. U.S. CBP et al. |
| 1:25-cv-00855-N/A | Columbia Brands USA, LLC et al v. U.S. CBP et al. |
| 1:25-cv-00856-N/A | Corapak Corporation v. U.S. CBP et al. |
| 1:25-cv-00857-N/A | Neste Renewable Products, Inc. v. U.S. CBP et al. |
| 1:25-cv-00859-N/A | SOS Beauty Inc v. U.S. CBP et al. |
| 1:25-cv-00867-N/A | Barnes & Noble Purchasing, Inc. v. U.S. CBP et al. |
| 1:25-cv-00879-N/A | Logitech Inc. v. U.S. CBP et al. |
| 1:25-cv-00881-N/A | Wilmar Oleo North America LLC et al v. U.S. CBP et al. |
| 1:25-cv-00885-N/A | Paragon Coffee Trading Company, L.P. v. U.S. CBP et al. |
| 1:25-cv-00896-N/A | Milliken & Company et al. v. U.S. CBP et al. |
| 1:25-cv-00900-N/A | Toyo Tire North America OE Sales LLC et al v. U.S. CBP et al. |

(Collectively, the "IEEPA Suspension Cases.")

and it is further

ORDERED that AGS Company Automotive Solutions shall be Lead Plaintiff and Consol. Court No. 25-00255 shall be the consolidated case number for filings that apply to all consolidated cases; and it is further

ORDERED that the consolidated actions shall proceed under such further orders as the Court may issue.

SO ORDERED.

Dated: _____

New York, NY

_____

[Judge Assigned]

Judge, U.S. Court of International Trade