UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| AGS COMPANY AUTOMOTIVE SOLUTIONS, | : |
| | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| Turn5, Inc., et. al., | : |
| | : |
| Consolidated Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA, Defendants. | : |

Before: Richard K. Eaton, Judge

Consol. Court No. 25-00255

## **ORDER**

Upon consideration of Consolidated Plaintiffs' Emergency Motion to Lift the Stay, ECF No. 40, and the court order dated March 27, 2026, in *Atmus Filtration, Inc. v. United States*, Court No. 26-01259, ECF No. 50; and upon consideration of other papers and proceedings had herein, it is hereby

**ORDERED** that Consolidated Plaintiffs' motion is denied. For the avoidance of doubt, this case and any pending motions are, and continue to be, stayed.

/s/ Richard K. Eaton
Judge

Dated:    March 27, 2026
New York, New York