UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| AGS COMPANY AUTOMOTIVE SOLUTIONS, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| Turn5, Inc., et. al., | : |
| | : |
| Consolidated Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA, | : |
| | : |
| Defendants. | : |

Before: Richard K. Eaton, Judge

Consol. Court No. 25-00255

**ORDER**

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that the stay in this case is lifted *sua sponte*; and it is further

**ORDERED** that counsel shall confer with counsel for plaintiffs in *V.O.S. Selections, Inc. v. United States* (1:25-cv-00066-RKE) and *Grant & Bowman, Inc. v. United States* (1:25-cv-00689-RKE), and transmit to the court by April 24, 2026, the names of up to three lawyers to serve as representatives at the closed settlement conference that is scheduled in *Euro-Notions Florida, Inc. v. United States* (1:25-cv-00595-RKE), ECF No. 19, for April 28, 2026, at 2:00 p.m. EDT. The three lawyers will be in addition to counsel for Euro-Notions Florida, Inc. and may include lawyers from any of the law firms listed on page 10 of the motion to lift the stay filed in *AGS Company Automotive Solutions v. United States* (1:25-cv-00255-RKE), ECF No. 40.

/s/ Richard K. Eaton
Judge

Dated: April 17, 2026
New York, New York