UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| AGS COMPANY AUTOMOTIVE SOLUTIONS, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : Before: Richard K. Eaton, Judge |
| Turn5, Inc., et. al., | : |
| | : Consol. Court No. 25-00255 |
| Consolidated Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| | : |
| | : |
| Defendants. | : |
| | : |

**ORDER**

Upon consideration of Plaintiffs' Motion for a Status Conference (ECF No. 38), it is hereby

**ORDERED** that the motion is DENIED.

/s/ Richard K. Eaton
Judge

Dated: April 20, 2026
New York, New York