UNITED STATES COURT OF INTERNATIONAL TRADE

AGS COMPANY AUTOMOTIVE SOLUTIONS,

Plaintiff,

Turn5, Inc., et. al.,

Consolidated Plaintiffs,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Before: Richard K. Eaton, Judge

Consol. Court No. 25-00255

**ORDER**

Upon consideration of the Consent Motion to Consolidate (ECF No. 30), it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that AGS Company Automotive Solutions shall be the lead Plaintiff, and Consol. Court No. 25-00255 shall be the consolidated case number for filings that apply to all consolidated cases; and it is further

**ORDERED** that the actions in the attached Schedule are consolidated pursuant to USCIT Rule 42(a) with those consolidated by the Court's orders of November 20, 2025 (ECF No. 9), December 3, 2025 (ECF No. 20), and December 8, 2025 (ECF No. 22).

/s/ Richard K. Eaton
Judge

Dated: April 20, 2026
New York, New York

**Schedule**

1:25-cv-00437-N/A Marathon Petroleum Company LP et al v. U.S. CBP et al.
1:25-cv-00448-N/A Lavazza North America, Inc. et al v. U.S. CBP et al.
1:25-cv-00451-N/A Jasco Products Company v. U.S. CBP et al.
1:25-cv-00463-N/A RJ Brands LLC v. U.S. CBP et al.
1:25-cv-00473-N/A Physician Laboratories Inc. v. U.S. CBP et al.
1:25-cv-00479-N/A Manscaped, Inc. v. U.S. CBP et al.
1:25-cv-00498-N/A The Goodyear Tire & Rubber Company v. U.S. CBP et al.
1:25-cv-00499-N/A Petra Industries, LLC et al v. U.S. CBP et al.
1:25-cv-00501-N/A Skell Inc. v. U.S. CBP et al.
1:25-cv-00502-N/A RBG Plastic, LLC v. U.S. CBP et al.
1:25-cv-00503-N/A Peter Cremer North America, L.P. v. U.S. CBP et al.
1:25-cv-00505-N/A The AMES Companies, Inc. v. U.S. CBP et al.
1:25-cv-00520-N/A Razor USA LLC v. U.S. CBP et al.
1:25-cv-00525-N/A Shaw Industries Group, Inc. v. U.S. CBP et al.
1:25-cv-00526-N/A Four Hands LLC v. U.S. CBP et al.
1:25-cv-00529-N/A NXT POWER, LLC v. U.S. CBP et al.
1:25-cv-00530-N/A Funtrition LLC v. U.S. CBP et al.
1:25-cv-00540-N/A Berje Incorporated et al v. U.S. CBP et al.
1:25-cv-00559-N/A NEWEGG, INC. et al v. U.S. CBP et al.
1:25-cv-00563-N/A OMNIACTIVE HEALTH TECHNOLOGIES v. U.S. CBP et al.
1:25-cv-00569-N/A GILPIN AND COMPANY, INC. v. U.S. CBP et al.
1:25-cv-00579-N/A Borgwarner Thermal Systems Inc. et al v. U.S. CBP et al.
1:25-cv-00575-N/A Krinos Foods LLC et al v. U.S. CBP et al.
1:25-cv-00593-N/A Family Dollar Services, LLC v. U.S. CBP et al.
1:25-cv-00694-N/A Corteva Agriscience LLC et al v. U.S. CBP et al.
1:25-cv-00696-N/A Bimbo Bakeries USA, Inc. et al v. U.S. CBP et al.
1:25-cv-00704-N/A Diversified Foodservice Supply, LLC v. U.S. CBP et al.
1:25-cv-00710-N/A Arjuna Natural LLC USA v. U.S. CBP et al.
1:25-cv-00712-N/A Grand Rapids Chair Company v. U.S. CBP et al.
1:25-cv-00713-N/A La Bonanza USA, LLC v. U.S. CBP et al.
1:25-cv-00724-N/A Gunvor USA LLC Inc. v. U.S. CBP et al.
1:25-cv-00737-N/A Walong Marketing, Inc. et al v. U.S. CBP et al.
1:25-cv-00739-N/A Humanscale Corporation v. U.S. CBP et al.
1:25-cv-00740-N/A Hhoya USA, Inc. et al v. U.S. CBP et al.
1:25-cv-00779-N/A Draeger, Inc. et al v. U.S. CBP et al.
1:25-cv-00789-N/A Enesco, LLC et al v. U.S. CBP et al.
1:25-cv-00799-N/A Body-Solid, Inc. v. United States et al.
1:25-cv-00820-N/A Breville USA Inc. v. United States et al.
1:25-cv-00832-N/A Extreme Networks, Inc. v. U.S. CBP et al.
1:25-cv-00836-N/A Sammic, Corp. v. U.S. CBP et al.
1:25-cv-00842-N/A TD Synnex Corporation et al v. U.S. CBP et al.
1:25-cv-00848-N/A SunMed Group Holdings, LLC DBA AirLife et al v. U.S. CBP et al.
1:25-cv-00849-N/A P&P Imports LLC v. U.S. CBP et al.
1:25-cv-00852-N/A Specialized Bicycle Components, Inc. v. U.S. CBP et al.

1:25-cv-00854-N/A Blu Dot Design & Manufacturing Inc. v. U.S. CBP et al.
1:25-cv-00855-N/A Columbia Brands USA, LLC et al v. U.S. CBP et al.
1:25-cv-00856-N/A Corapak Corporation v. U.S. CBP et al.
1:25-cv-00857-N/A Neste Renewable Products, Inc. v. U.S. CBP et al.
1:25-cv-00859-N/A SOS Beauty Inc v. U.S. CBP et al.
1:25-cv-00867-N/A Barnes & Noble Purchasing, Inc. v. U.S. CBP et al.
1:25-cv-00879-N/A Logitech Inc. v. U.S. CBP et al.
1:25-cv-00881-N/A Wilmar Oleo North America LLC et al v. U.S. CBP et al.
1:25-cv-00885-N/A Paragon Coffee Trading Company, L.P. v. U.S. CBP et al.
1:25-cv-00896-N/A Milliken & Company et al. v. U.S. CBP et al.
1:25-cv-00900-N/A Toyo Tire North America OE Sales LLC et al v. U.S. CBP et al.