# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE
## HONORABLE RICHARD K. EATON, SENIOR JUDGE

AGS COMPANY AUTOMOTIVE
SOLUTIONS, et al.

          Plaintiffs,

v.

U.S. CUSTOMS AND BORDER
PROTECTION; RODNEY S. SCOTT, in his
official capacity as Commissioner of U.S.
Customs and Border Protection; and the
UNITED STATES OF AMERICA

          Defendants.

Consol. Court. No. 25-00255

## PLAINTIFFS' RESPONSE TO THE COURT'S APRIL 17, 2026, ORDER

Plaintiffs consolidated under the above-captioned action ("Consolidated Plaintiffs")

respectfully respond to the Court's April 17, 2026, order directing counsel for Consolidated

Plaintiffs to confer with counsel for plaintiffs in *V.O.S. Selections, Inc. v. United States* (1:25-cv-

00066-RKE) and *Grant & Bowman, Inc. v. United States* (1:25-cv-00689-RKE) to choose three

representatives to attend the forthcoming closed settlement conference scheduled in *Euro-*

*Notions Florida, Inc. v. United States* (1:25-cv-00595-RKE).  Order (Apr. 17, 2026), ECF

No. 42.  Counsel have conferred and selected the three following representatives to attend the

conference:

    **Daniel Cannistra**
    Crowell & Moring, LLP
    1001 Pennsylvania Avenue, NW.
    Washington, DC 20004-2595
    (202) 624-2902

Fax: (202) 628-5116
Email: dcannistra@crowell.com

**Colleen Elizabeth Roh Sinzdak**
Milbank LLP
1101 New York Avenue, NW
Washington, DC 20005
(202) 835-7570
Fax: (202) 263-7586
Email: crohsinzdak@milbank.com

**Stephen Carl Tosini**
Law Office of Stephen Tosini
1717 K Street, NW.
Suite 900
Washington, DC 20006
(202) 893-0496
Email: stephen.tosini@importdefense.com

Respectfully submitted,

Dated: April 22, 2026

/s/ Daniel W. Wolff
John B. Brew
Daniel Cannistra
Daniel W. Wolff
Robert LaFrankie
Aaron Marx
Valerie Ellis
Oluwagbohunmi Simeon Yerokun

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 624-2621
dwolff@crowell.com

Weronika Bukowski
CROWELL & MORING LLP
375 9th Avenue
New York, NY 10001

*Counsel for Consolidated Plaintiffs*