**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:    THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

|  |  |  |
|---|---|---|
| AGS COMPANY AUTOMOTIVE SOLUTIONS | ) ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| TURN5, INC., et al. | ) ) | Consol. Court No. 25-00255 |
| Consolidated Plaintiffs | ) ) | |
| v. | ) ) | |
| U.S. CUSTOMS AND BORDER PROTECTION, et al., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that defendants appeal to the United States Court of Appeals for the Federal Circuit from the Court's injunction order of April 17, 2026.  *See* ECF No 43.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 353-9063
claudia.burke@usdoj.gov

June 2, 2026                    *Attorneys for Defendants*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on June 2, 2026, I caused the foregoing "NOTICE OF APPEAL" to be filed and served electronically via the Court's CM/ECF system.

<u>/s/Claudia Burke</u>