

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 3, 2026

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2026-1897

**Federal Circuit Short Caption:** AGS Company Automotive Solutions v. United States Customs and Border Protection

**Date of Docketing:** June 3, 2026

**Originating Tribunal:** United States Court of International Trade

**Originating Case Nos.:** 1:25-cv-00255-RKE, 1:25-cv-00246-RKE, 1:25-cv-00249-RKE, 1:25-cv-00251-RKE, 1:25-cv-00252-RKE, 1:25-cv-00253-RKE, 1:25-cv-00254-RKE, 1:25-cv-00256-RKE, 1:25-cv-00257-RKE, 1:25-cv-00260-RKE, 1:25-cv-00262-RKE, 1:25-cv-00263-RKE, 1:25-cv-00264-RKE, 1:25-cv-00266-RKE, 1:25-cv-00267-RKE, 1:25-cv-00268-RKE, 1:25-cv-00269-RKE, 1:25-cv-00270-RKE, 1:25-cv-00271-RKE, 1:25-cv-00274-RKE, 1:25-cv-00275-RKE, 1:25-cv-00276-RKE, 1:25-cv-00277-RKE, 1:25-cv-00278-RKE, 1:25-cv-00281-RKE, 1:25-cv-00285-RKE, 1:25-cv-00286-RKE, 1:25-cv-00288-RKE, 1:25-cv-00290-RKE, 1:25-cv-00292-RKE, 1:25-cv-00293-RKE, 1:25-cv-00294-RKE, 1:25-cv-00295-RKE, 1:25-cv-00296-RKE, 1:25-cv-00297-RKE, 1:25-cv-00301-RKE, 1:25-cv-00302-RKE, 1:25-cv-00304-RKE, 1:25-cv-00305-RKE, 1:25-cv-00306-RKE, 1:25-cv-00308-RKE, 1:25-cv-00310-RKE, 1:25-cv-00311-RKE, 1:25-cv-00316-RKE, 1:25-cv-00326-RKE, 1:25-cv-00329-RKE, 1:25-cv-00331-RKE, 1:25-cv-00333-RKE, 1:25-cv-00347-RKE, 1:25-cv-00348-RKE, 1:25-cv-00351-RKE, 1:25-cv-00387-RKE, 1:25-cv-00437-RKE, 1:25-cv-00448-RKE, 1:25-cv-00451-RKE, 1:25-cv-00463-RKE, 1:25-cv-00473-RKE, 1:25-cv-00479-RKE, 1:25-cv-00498-RKE, 1:25-cv-00499-RKE, 1:25-cv-00501-RKE, 1:25-cv-00502-RKE, 1:25-cv-00503-RKE, 1:25-cv-00505-RKE, 1:25-cv-00520-RKE, 1:25-cv-00525-RKE, 1:25-cv-00526-RKE, 1:25-cv-00529-RKE, 1:25-cv-00530-RKE, 1:25-cv-00540-RKE, 1:25-cv-00559-RKE, 1:25-cv-00563-RKE, 1:25-cv-00569-RKE, 1:25-cv-00575-RKE, 1:25-cv-00579-RKE, 1:25-cv-00593-RKE, 1:25-cv-00694-RKE, 1:25-cv-00696-RKE, 1:25-cv-00704-RKE, 1:25-cv-00710-RKE, 1:25-cv-00712-RKE, 1:25-cv-00713-RKE, 1:25-cv-00724-RKE, 1:25-cv-00737-RKE, 1:25-cv-00739-RKE, 1:25-cv-00740-RKE, 1:25-cv-00779-RKE, 1:25-cv-00789-RKE, 1:25-cv-00799-RKE, 1:25-cv-00820-RKE, 1:25-cv-00832-RKE, 1:25-cv-00836-RKE, 1:25-cv-00842-RKE, 1:25-cv-00849-RKE, 1:25-cv-00852-RKE, 1:25-cv-00854-RKE, 1:25-cv-00855-RKE, 1:25-cv-00856-RKE, 1:25-cv-00857-RKE, 1:25-cv-00859-RKE, 1:25-cv-00867-

RKE, 1:25-cv-00879-RKE, 1:25-cv-00881-RKE, 1:25-cv-00885-RKE, 1:25-cv-00896-RKE, 1:25-cv-00900-RKE

**Appellants:** United States Customs and Border Protection, Rodney S. Scott, United States

A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. Note: No docketing statement is required in cases with an unrepresented party.
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)
- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid (see Fee Payment below).

**FILING DOCUMENTS:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Parties represented by counsel must make all filings through the court's electronic filing system.

Unrepresented parties may choose to submit case filings to the court either in paper or through the court's electronic filing system; electronic filing will only be permitted for unrepresented parties after successful registration for the court's electronic filing system and submission of a completed Notice of Unrepresented Person Appearance. Fed. Cir. R. 25(a). The court's Electronic Filing Procedures may be accessed here.

**CONTACT INFORMATION:** Electronic filers, or unrepresented parties registered to receive electronic service, must update their contact information in their PACER service center profile whenever their contact information changes. Counsel must file an amended Entry of Appearance and unrepresented parties must file an amended Notice of Unrepresented Person Appearance whenever contact information changes. Fed. Cir. R. 25(a)(5).

**FEE PAYMENT:** Unless the filing fee was prepaid, fee payment must be submitted within fourteen days after this notice. Fed. Cir. R. 52(d). For outstanding docketing fees due to this court, electronic filers must pay the fee using the event Pay Docketing Fee

through the court's electronic filing system. Fed. Cir. R. 52(e). Docketing fees due to other courts, such as U.S. District Courts, the U.S. Court of Appeals for Veterans Claims, and non-vaccine cases at the U.S. Court of Federal Claims, must be submitted to those courts in accordance with their procedures. A filer wishing to proceed without fee payment must submit a motion for leave to proceed in forma pauperis, or other fee waiver request, within fourteen days.

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.



Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of General Information and Forms (to unrepresented parties only):
  - General Information and Overview of a Case in the Federal Circuit
  - Notice of Unrepresented Person Appearance
  - Informal Brief
  - Informal Reply Brief (to be completed only after receiving the opposing party's response brief)
  - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to filers owing the docketing fee)
  - Supplemental in Forma Pauperis Form for Prisoners (only to filers in a correctional institution)
  - Statement Concerning Discrimination (only to petitioners in MSPB or arbitrator case)

**cc:** United States Court of International Trade

**Official Caption**

**AGS COMPANY AUTOMOTIVE SOLUTIONS, et al.,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

**Short Caption**

AGS Company Automotive Solutions v. United States Customs and Border Protection