UNITED STATES COURT OF INTERNATIONAL TRADE

AGS COMPANY AUTOMOTIVE SOLUTIONS,

Plaintiff,

Turn5, Inc., et. al.,

Consolidated Plaintiffs,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Before: Richard K. Eaton, Judge

Consol. Court No. 25-00255

**ORDER**

Upon consideration of Plaintiffs' Motion to Lift the Stay and to Enforce the Court's Orders, ECF No. 52, it is hereby

**ORDERED** that any further briefing on the motion will be held in abeyance until further order of the court.

/s/ Richard K. Eaton
Judge

Dated: November 13, 2026
New York, New York